UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

FILED
2019 JAN 18 A 9 51
US DISTRICT COURT
BRIDGEPORT CT

AntHony G Villano
Antonio Villano,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Wood Green SHelton
Jeff Millen
MilFond Police
G. nello CHieF
ORANGE Police
Gagne CHieFF
Post Rd Plaza LLC
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. 319CV97(KAD)
(To be supplied by the court)

## A. PARTIES

1. AntHony Villano is a citizen of AMERICA who
   (Plaintiff)                              (State)
   presently resides at Florida * 522 DerBy MilFond Rd Orange CT*
   9801 Collins AVE (mailing address) 06477
   
2. Defendant Wood Green is a citizen of CT
   (name of first defendant)              (State)
   whose address is JeFF Millen 375 Bridgport AVE
   and who is employed as WoodGreen SHelton CT 06484
   (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

Milfond Police Srg Door

3. Defendant _SRG Door & Chieff Nello_ is a citizen of _N-A- CT_
(name of second defendant)                                   (State)

whose address is _Milfond Police Post Rd CT_

and who is employed as _N-A-_
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

W. Hart Foud Police Called Said They Have Annest Warrent I do not no wy

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

### B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _____ 42 U.S.C. § 1983 (applies to state defendants)

   _____ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Theft of Trust Property's & Violation's of S.S.D Welfare Plus Bank Ruptcy Law's C-S- no ABUSE Holding My Personal ITEMS Hostage Lock out

- 19-50002 B-R-
- 19 30077 B-R

### D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Been Violated under Eldenly Criminal Act under Medicare.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Attorney's AntHony Dicostnn stole Money's From Cimo trust & Briano Trust David Rite Vin Manino Choene Wolf Lorenzo Coletta WH Loni Lucienne Jeff Miller Shelton Peter Resslen will give More In Fo once Case Start's I Have all Documents Plus Vidios Picture's Bank Acct Originals Sorry About Hand Ritings I Am Scaned For me & My Family thA's Why I Need Federal Protection

**Claim II:** _____

_____

Supporting Facts:

I need Protection's The Police Told Me yesterday Not To Call 911 WHen The CAR I WAS Driving got Stolen In Milford Count w My Gun & Medison It Was

**Claim III:** A Set Up Involving Multiple Agency's

_____

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief:

My liFe Back They Have Wrong Person & I AM A Victom Protection They Said I Will Be killed Soon They Have All My InFo Stolen By MilFond Police

## F. JURY DEMAND

Do you wish to have a jury trial? Yes ✓   No ___

William Murry
Mike Boyenten
_____
Original signature of attorney (if any)

Mike Boyenten
Printed Name

MilFond CT

( ) 203-878-4669
Attorney's full address and telephone

_____
Plaintiff's Original Signature

Anthony Villano aka Antonio
Printed Name

41 North Main St West HuntFond CT
U-S-A

( ) 203-530-3814
Plaintiff's full address and telephone

Email address if available                Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _C-T-0_ (location) on _1/17/19_ (date).

Plaintiff's Original Signature

(Rev. 3/21/16)

5